COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-420-CR

NADIA REID                   APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 367
TH
 
DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s  “Motion Of Nadia Reid To Withdraw Appeal.” 
 The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See 
 
Tex. R. App. P.
 42.2(a), 43.2(f). PER CURIAM

PANEL A: 
DAUPHINOT, J.; CAYCE, C.J.; and WALKER
, J.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: August 24, 2006 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.